HELEN M. OLSEN, an Infant, by CHARLES OLSEN, Her Guardian ad Litem,

Respondent, v. FENNIA REALTY Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Manning and Young, JJ., concur; Kapper and Lazansky, JJ., dissent, and vote to reverse, upon the ground that the infant plaintiff was a trespasser, and has no cause of action unless one is created by reason of a violation of the ordinances,* which, in their opinion, have no application here; and that the ordinances were designed for the protection of pedestrians on the sidewalks.